UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
EDWARD MESHEKOFF and HELEN MESHEKOFF, : Case No. 08-CV-8617 (JPO)
Individually and as Partners of FOURM :
MESHEKOFF FAMILY LIMITED PARTNERSHIP, :
WESTSIDE MESHEKOFF FAMILY LIMITED :
PARTNERSHIP and SOUTHSIDE MESHEKOFF :
FAMILY LIMITED PARTNERSHIP, : **ORDER**
:
                   Plaintiffs and Counterclaim :
                   Defendants, :
:
   -against- :
:
ACME WORLDWIDE, LLC, ACME FORUM, LLC, :
ACME SOUTHSIDE, LLC and MATTHEW :
MESHEKOFF, :
:
                   Defendants and :
                   Counterclaim Plaintiffs, :
:
   -against- :
:
LUISA MESHEKOFF, :
:
                   Counterclaim Defendant. :
-----------------------------------------------------------------------x

      **WHEREAS**, the above-captioned action having settled between the parties pursuant to a Settlement Agreement entered into between the parties hereto in February 2012 (the "Settlement Agreement"), and Defendant/Counterclaim Plaintiff Matthew Meshekoff and Counterclaim Defendant Luisa Meshekoff having entered into an Agreement to Distribute Assets, Terminate Partnership and Mutual Release, dated October 6, 2021 (the "Termination Agreement"), which in effect, modified the Settlement Agreement in certain respects as it pertained to FourM Meshekoff Family Limited Partnership ("FMMFLP"); and

**WHEREAS,** FMMFLP maintains an investment account at Invesco Investment Services, Inc. and/or Invesco Ltd. ("Invesco"), bearing account number 3650459096 (the "Invesco Account"); and

**WHEREAS**, pursuant to the Settlement Agreement and Termination Agreement Defendant/Counterclaim Plaintiff Matthew Meshekoff has full authority to act with respect to the Invesco Account so that same could be liquidated and the proceeds split in accordance therewith; and

**WHEREAS**, Invesco has advised Defendant/Counterclaim Plaintiff Matthew Meshekoff that it will not recognize his authority to act with respect to the Invesco Account without a Court Order.

**NOW, THEREFORE**, to facilitate the settlement of the above-captioned action as contemplated by the parties and as set forth in the Settlement Agreement and Termination Agreement, it is hereby:

**ORDERED**, that Defendant/Counterclaim Plaintiff Matthew Meshekoff is authorized to take all action necessary and to act in connection with the Invesco Account, including executing any documents on behalf of FMMFLP necessary to liquidate the Invesco Account, and to distribute the proceeds of the Invesco Account, and it is further;

**ORDERED** that the proceeds of the Invesco Account shall be immediately deposited into the trust account of John Gugliotta, Esq. of Gugliotta & Ponzini 140 Huguenot St. Fl 2, New Rochelle, NY 10801, and it is further;

**ORDERD** that Mr. Gugliotta shall disburse the Invesco proceeds to Matthew Meshekoff and Lusia Meshekoff evenly: 50 percent to Matthew Meshekoff and 50 percent to Lusia

Meshekoff, within 30 days of the deposit of the proceeds into Mr. Gugliotta's trust account, and it is further;

**ORDERED** that a copy of this Order shall be served by overnight courier service upon Invesco Investment Services, Inc. at c/o DST Systems, Inc., 430 W. 7th Street, Kansas City, MO 64105.

Dated:  December 21, 2023

E N T E R:

_____
J. PAUL OETKEN
United States District Judge